**Electronically Filed
Supreme Court
SCPW-14-0000924
05-NOV-2014
02:26 PM**

SCPW-14-0000924

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

TONY ALAN WILLIAMS, Petitioner,

vs.

COLETTE Y. GARIBALDI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(S.P.P. 11-1-0065)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Toʻotoʻo, in place of Pollack, J., recused.)

Upon consideration of the petition for a writ of mandamus filed by petitioner Tony Alan Williams on July 7, 2014, and the record, it appears that the circuit court disposed of the HRPP Rule 40 petition for post-conviction relief on September 30, 2014. Petitioner's request for mandamus relief is therefore moot. Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, November 5, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Faʻauuga L. Toʻotoʻo

